AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

YESENIA K.,

*Plaintiff*

v.

COMMISSIONER OF SOCIAL SECURITY,

*Defendant*

)
)
)
)
)

Civil Action No.   1:19-CV-3262-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:    The Commissioner is directed to pay Plaintiff EAJA fees in the amount of $4,981.49.

This action was *(check one)*:

❏  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge _____ THOMAS O. RICE _____ on Plaintiff's Motion for
EAJA Attorney Fees (ECF Nos. 19)

Date:   August 18, 2020

CLERK OF COURT

SEAN F. McAVOY

s/ Linda L. Hansen

*(By) Deputy Clerk*

Linda L. Hansen